RECEIVED

MAY 17 2017

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| WILLIAM ADAMS | CIVIL ACTION NO. 6:16-cv-1426 |
| VERSUS | JUDGE DOHERTY |
| ALL COAST, LLC. | MAGISTRATE JUDGE HANNA |

### JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the motion for summary judgment be **denied as premature** consistent with the report and recommendation.

Lafayette, Louisiana, this _17_ day of May, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE