UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISON

| | |
|---|---|
| WILLIAM ADAMS, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>ALL COAST, LLC,<br><br>    Defendant. | CASE NO.: 6:16-cv-01426-RFD-PJH<br><br>JUDGE:  TO BE ASSIGNED<br><br>MAGISTRATE:  Judge Patrick J. Hanna |

### ORDER GRANTING JOINT MOTION FOR CONDITIONAL CERTIFICATION

The Court, having considered the Parties' Joint Motion for Conditional Certification and the applicable law, is of the opinion that an appropriate class should be conditionally certified consistent with the Parties' Joint Motion. It is, therefore,

ORDERED, ADJUDGED and DECREED that Plaintiff William Adams is hereby appointed class representative; it is further

ORDERED that the law firm of Moore & Associates is hereby appointed class counsel; it is further

ORDERED that the class shall include Cooks; Mates; Deckhands; Ordinary Seaman; and Able-Bodied Seaman employed by All Coast, LLC in the workweeks in which they were employed in these classifications in the last three (3) years, except for those employees who signed waiver and release agreements; it is further

ORDERED that the class shall exclude Captains; Training Captains; Licensed Engineers and Unlicensed Engineers employed by All Coast, LLC in the last three (3) years; it is further

213629.3

ORDERED that other than the approved notice and consent form, the parties and their counsel will not affirmatively act to encourage or discourage participation; it is further

ORDERED that All Coast, LLC's right to seek decertification of the class or summary judgment on any issue of law or fact shall not be affected by the Joint Motion or this Order; it is further

ORDERED that the deadline for Adams or any current opt-in plaintiffs to respond to outstanding written discovery is extended until November 10, 2017; it is further

ORDERED that the parties shall forego depositions until the close of the opt-in period; it is further

ORDERED that the parties shall have the right to conduct merits-based discovery following the close of the opt-in period; it is further

ORDERED that the agreed and approved notice and consent form will be sent by Moore & Associates by mail and personal email at Defendant's cost as detailed in Table 1, below. The mail and email shall contain only the agreed and approved notice and consent form.

**Table 1**

| DEADLINE | SUBJECT |
|---|---|
| 10 business days from Court order approving notice to potential class members | All Coast to provide to Moore & Associates the following information for each potential class member: (1) full name; (2) personal email address (where known); and (3) last known mailing address. |
| 20 days from Court order approving notice to potential class members | Moore & Associates shall send a copy of the Court-approved Notice and Consent Forms to the potential class members by First Class U.S. Mail and by email, where possible. |
| 60 days from mailing/emailing of Notice and Consent Forms to potential class members | The potential class members shall have 60 days to return their signed Consent forms to Moore & Associates. |
| 70 days from mailing/emailing of Notice and Consent Forms to potential class members | Moore & Associates shall provide all requisite consent information to Defendant's counsel and shall file such consent information with the Court. |

It is so ORDERED.

SIGNED this the 3rd day of November 2017 at Lafayette, Louisiana.

_____
PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE