UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISON

| | | |
|---|---|---|
| WILLIAM ADAMS, Individually and On Behalf of All Others Similarly Situated, | § | No. 6:16-cv-01426-RFD-PJH |
| Plaintiff, | § | Judge Doherty |
| v. | § | Magistrate Judge Hanna |
| ALL COAST, LLC., | § | |
| Defendant. | § | |

**NOTICE OF CONSENT OF VU NGUYEN**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiff Vu Nguyen and files this written consent to become a party to this lawsuit pursuant to 29 U.S.C. § 216(b).

Respectfully submitted,

MOORE & ASSOCIATES

By: /s/ Melissa Moore

Melissa Moore
Tex. Bar No. 24013189
Curt Hesse
Tex. Bar No. 24065414
Lyric Centre
440 Louisiana Street, Suite 675
Houston, Texas 77002
Telephone: (713) 222-6775
Facsimile: (713) 222-6739

**ATTORNEYS FOR PLAINTIFFS**

Respectfully submitted,

LUNDY, LUNDY, SOILEAU & SOUTH, LLP

By: s/ Matthew E. Lundy

Matthew E. Lundy
La. Bar Roll No. 18988
T. Houston Middleton, IV
La. Bar Roll No. 33281
501 Broad Street
Lake Charles, Louisiana 70601
Telephone: (337) 439-0707
Facsimile: (337) 439-1029

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2018, I electronically filed the foregoing document with the United States District Court for the Western District of Louisiana by using the CM/ECF system, which will send a notification of such filing to all registered ECF filers. I further certify that the following parties or their counsel of record are registered as ECF filers and that they will be served by the CM/ECF system:

Mr. Armin J. Moeller, Jr.
Ms. Ashley Eley Cannady
Balch & Bingham, LLP
188 E. Capitol Street, Suite 1400
Jackson, MS 39201

Melissa Moore

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISON**

| | |
|---|---|
| **WILLIAM ADAMS, Individually and On Behalf of All Others Similarly Situated,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**ALL COAST, LLC,**<br><br>**Defendant.** | **CASE NO.: 6:16-cv-01426-RFD-PJH**<br><br>**JUDGE: TO BE ASSIGNED**<br><br>**MAGISTRATE: Judge Patrick J. Hanna** |

**NOTICE OF CONSENT**

I consent to be a party plaintiff in this lawsuit to collect unpaid wages. I agree to be bound by the Contingent Fee Agreement between the named plaintiff(s) and MOORE & ASSOCIATES. By joining this lawsuit, I designate the named plaintiff(s) as my representative to make decisions on my behalf concerning the method and manner of conducting the lawsuit, the approval of any settlement, and all other matters pertaining to this lawsuit. I consent, agree and elect to be bound by any ruling, settlement or judgment, whether favorable or unfavorable. I also understand that while I have the right to choose other counsel and/or to pursue my claims on my own behalf, I choose to be represented by MOORE & ASSOCIATES and any other attorneys with whom they may associate, and I authorize them to pursue any claims I may have relating to unpaid wages, including such litigation as may be necessary.

[signature]
Signature

12/30/17
Date Signed

Vu Nguyen
Printed Name