UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **WILLIAM ADAMS** | **CIVIL ACTION NO. 6:16-CV-01426** |
| **VERSUS** | **JUDGE: MILAZZO** |
| **ALL COAST, LLC** | **MAGISTRATE JUDGE: NORTH** |

**UNOPPOSED MOTION FOR HEARING TO ISSUE A NOTICE TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE ENTERED AGAINST YOU, INCLUDING YOUR NOTICE OF CONSENT STRICKEN AND DISMISSAL WITH PREJUDICE FROM THIS CASE**

**NOW INTO COURT**, through undersigned counsel, comes Defendant All Coast, LLC, who respectfully moves this Court for a hearing and order issuing a notice to show cause as set forth below. Defendant All Coast, LLC, has conferred with opposing counsel and confirmed that there is no opposition to this motion.

TO:  Elias Abdo
   Garrett Broussard
   Joshua Ducote
   Randy Dugas
   Ernest Dugas
   Patrick Juneau
   Vincent Kelly
   Michael Little II
   Tyler Montgomery
   Jawuan Thibodeaux
   Nicholas Vincent
   Christopher Williams.

Each of you signed a Notice of Consent to join the above lawsuit as a Plaintiff regarding certain overtime claims against Defendant All Coast, LLC, under the Fair Labor Standards Act, as amended.

263500.1
263500.1

This Court entered an Order granting the parties' Joint Motion for Conditional Certification which afforded you an opportunity through your Notice of Consent to become a Plaintiff in this Action on November 3, 2017.

In filing your Notice of Consent in this action and agreeing to become a Plaintiff, you agreed to fully cooperate with your counsel, Moore & Associates and Lundy, Lundy, Soileau and South, LLP and comply with all requirements imposed by this Court and applicable law.  Each of you are obligated to respond to requests from your counsel and respond to discovery requests from your counsel and from Defendant All Coast, LLC.

The Court has been advised that although your counsel have diligently attempted to contact you, you have not responded to their communications and therefore you have not responded to Defendant's Interrogatories or Request for Admissions transmitted to your counsel in October 2018.

In accordance with the Court's Agreed Order, you have twenty-one (21) days to return this Notice and your answers to the attached Defendant's discovery requests by which you promise to remain in contact with your counsel and comply with all discovery and other requests communicated by them to you.

If you do not return this Notice within twenty-one (21) days or no later than _____ ___, 2019, **and** return your responses to Defendant's Request for Admissions and Interrogatories, to Plaintiff's and Defendant's counsel at the addresses indicated below, the Court will strike your Notice of Consent to this Action and dismiss you from this lawsuit with prejudice which will terminate your right to receive any relief in this action.

To remain a Plaintiff in this lawsuit, you must return this form and respond to Defendant's Request for Admissions and Interrogatories to:

263500.1
263500.1

Moore & Associates
440 Louisiana St., Suite 675
Houston, TX 77002

**SO ORDERED** this _____ day of _____, 2019.

_____
**JUDGE JANE TRICHE MILAZZO**

BY:
BALCH & BINGHAM LLP
s/ *Armin J. Moeller, Jr.*
Armin J. Moeller, Jr. (LA # 9523)
Ashley Eley Cannady (pro hac vice)
**BALCH & BINGHAM LLP**
188 E. Capitol Street, Suite 1400
Jackson, MS 39201
Telephone: (601) 961-9900
Facsimile: (601) 961-4466
amoeller@balch.com

THE MOELLER FIRM LLC
s/ *Matthew A. Moeller*
Matthew A. Moeller (LA # 29991)
**THE MOELLER FIRM LLC**
650 Poydras Street, Suite 1207
New Orleans, LA 70130
Telephone: (504) 702-6794
Facsimile: (504) 702-6783
matthew@moellerfirm.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing has been served upon all counsel of record by email this 7th day of February 2019.

s/ *Matthew A. Moeller*
Matthew A. Moeller

3

263500.1
263500.1

**RETURN OF NOTICE AND AGREEMENT:  I, _____, agree in returning this Notice to Show Cause why sanctions should not be entered against me, agree as a condition of my continued status as a Plaintiff in this lawsuit, to remain in contact with my counsel, Moore & Associates, and to comply with all discovery and other requests required for my participation in this lawsuit.**

_____
**Signature**


_____        _____
**Printed Name**                                                                   **Date Signed**