UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **WILLIAM ADAMS** | **CASE NO. 6:16-CV-01426** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **ALL COAST, LLC** | **MAGISTRATE JUDGE PATRICK J. HANNA** |

# ORDER

For the reasons discussed during the telephone scheduling conference held this day, it is hereby

ORDERED on or before Monday, September 12, 2022 Plaintiffs shall identify all current purported class members who will be dismissed based on time barred claims and shall also identify which remaining purported class members are susceptible of grouping into the three categories discussed during the teleconference: wheelmen, mates, and cooks. It is further

ORDERED that Defendant shall respond to Plaintiffs' submission on or before Monday, September 19, 2022 to include intended discovery for each of the first two sub-classes with specificity. It is further

ORDERED that a period of sixty days' discovery as to the wheelman subclass shall commence on Tuesday, September 20, 2022. At the expiration of that sixty-day delay or agreement by counsel that wheelman subclass discovery is complete, a

period of 90 days' discovery as to the mates subclass shall commence. At the expiration of this delay or agreement of counsel that discovery as to the mates subclass is complete, counsel will contact chambers and ask for a follow-up telephone status conference to discuss next steps. However, nothing in this order shall preclude the parties from contacting the Court to accelerate the schedule as discovery is completed.

In an effort to conduct discovery in the most efficient means possible, it is highly recommended by the Court that Zoom technology be utilized whenever possible.

SIGNED this 29th day of August, 2022 at Lafayette, Louisiana.

_____
PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE