UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| WILLIAM ADAMS | CASE NO. 6:16-CV-01426 |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| ALL COAST, LLC | MAGISTRATE JUDGE DAVID J. AYO |

## **ORDER**

For the reasons discussed during the telephone scheduling conference held this day, it is hereby

ORDERED that Defendant will be permitted to take the depositions of three (3) members of each Plaintiff class (wheelmen, mates, and cooks) as part of ongoing discovery in this matter. These "bellwether" depositions should be taken within forty-five (45) days of the issuance of this Order on a date mutually agreeable to the parties. Each such deposition should not exceed three and a half (3 ½) hours in duration. It is further

ORDERED that Defendant shall propound any requests for production and/or interrogatories to those class members selected for bellwether depositions within seven (7) days of the issuance of this Order.

SIGNED this 3rd day of February, 2023 at Lafayette, Louisiana.

_____
DAVID J. AYO
UNITED STATES MAGISTRATE JUDGE