UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

To: All Counsel of Record

Issued By: Judge Robert R. Summerhays

Re: William Adams v. All Coast, LLC
6:16-cv-1426

Date: December 17, 2024

# MINUTES OF PRETRIAL CONFERENCE[1]

A pretrial conference was held this date before the Honorable Robert R. Summerhays. Participating in the conference were: Curt C. Hesse on behalf of Plaintiffs, and Kassie L. Richbourg and Matthew A. Moeller on behalf of Defendant. The Court issued the following orders:

- Defendant's Motion in Limine to exclude any reference to certain Department of Labor regulations [ECF No. 241]—DENIED.

- Plaintiffs' omnibus Motion in Limine [ECF No. 246]—DENIED.

- Plaintiffs' Motion for Judicial Notice [ECF No. 274]—GRANTED IN PART and DENIED IN PART. The motion was granted as to fact no. 3 [*see* ECF No. 274-1] ("Operating a liftboat's crane is not seaman's work for purposes of the FLSA"); the motion was denied in all other aspects.

- Plaintiffs' Motion in Limine (to exclude any reference to negative consequences that a jury verdict in favor of plaintiffs may have on the liftboat industry) [ECF No. 275]—GRANTED.

- Plaintiffs' objection to Defense Exhibit No. 30 ("Any exhibit to any deposition") (*see* ECF No. 276 at 11)—SUSTAINED.

The Court instructed Plaintiff to further specify Exhibit No. 18 ("All Coast website"), as the Court cannot enter a website into evidence.

*See transcript for further details.*

---

[1] Court Reporter – Larae Bourque. Statistical time – 1 hr, 15 min.